In the Matter of the Accounting of MINNIE A. KERNAN, as Executrix of ARTHUR T. KERNAN, Deceased, Appellant.

EARL N. BUFFETT, Respondent.

(Submitted June 3, 1935; decided June 11, 1935.)

*Harold Ashare* for motion.
*James C. Danzilo* opposed.

Motion denied.